**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

JEFFREY S NELSON

PO BOX 67
HILL CITY, MN 55748−0067

Social security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−5613

Case No: 11−30008 − GFK

GERRI A NELSON

PO BOX 67
HILL CITY, MN 55748−0067

Social security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−9631

Debtor(s)

Chapter 13 Case

## DISCHARGE OF CHAPTER 13 DEBTOR(S)

It appears that the debtors in the above case duly filed a petition commencing this case under Title 11 of the United States Code on 1/3/11, that an order for relief was entered under Chapter 13, that a plan was filed by the debtor(s) and confirmed by the court, that the trustee has reported or the court has determined that the debtor(s) has completed all payments under the plan.

**IT IS ORDERED:**

1. **Discharge:** The debtors in the above case are discharged from all debts dischargeable under 11 U.S.C. § 1328(a).
2. **Judgments:** Any judgment heretofore or hereafter obtained in any court other than this court is void under 11 U.S.C. § 524(a)(1) to the extent that such judgment is a determination of the personal liability of the debtor(s) with respect to any debt discharged or any debt determined by this court to be discharged by this order.
3. **Injunction:** All creditors are enjoined under 11 U.S.C. § 524(a)(2) from the commencement or continuation of an action, the employment of process, or any act to collect, recover or offset any such debt discharged or judgment voided as a personal liability of the debtor(s).
4. **Notice:** Discharge Hearing The clerk shall provide notice of this order as notice thereof to all creditors and other parties in interest. A hearing for the debtor(s) under 11 U.S.C. § 524(d) regarding the discharge and postpetition agreements will be held on motion of the debtor(s) or other party in interest.
5. **Property:** All property of the estate(s) is vested in the debtor(s) under applicable rules and 11 U.S.C. § 1327(b).

Dated: 2/26/16

Gregory F Kishel
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on February 26, 2016
Lori Vosejpka Clerk, United States Bankruptcy Court
By: kim Deputy Clerk

**dsc13** 05/30/2013 − pb

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 13 CASE

This court order grants a discharge to the persons named as the debtors after the debtors have completed all payments under the chapter 13 plan. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                              District of Minnesota
In re:                                                       Case No. 11-30008-GFK
JEFFREY S NELSON                                             Chapter 13
GERRI A NELSON
        Debtors
                             CERTIFICATE OF NOTICE
District/off: 0864-3          User: kim                  Page 1 of 2                  Date Rcvd: Feb 26, 2016
                              Form ID: 13dsc             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2016.
db/jdb         JEFFREY S NELSON,    GERRI A NELSON,    PO BOX 67,    HILL CITY, MN 55748-0067
smg           +United States Attorney,    600 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
cr            +The First National Bank of Milaca,    c/o Eric J. Sherburne,    Stein & Moore, P.A.,
                332 Minnesota Street, Suite W-1650,    St. Paul, MN 55101-1336
intp          +Wells Fargo Bank,    America’s Servicing Co,    c/o Reiter & Schiller,    25 Dale St N,
                St Paul, MN 55102-2227
59171607      +CHASE BANK USA NA,    C/O CREDITORS BANKRUPTCY SERVICE,    PO BOX 740933,    DALLAS TX 75374-0933
59132999      +COLLTECH INC.,    PO BOX 47095,    PLYMOUTH, MN 55447-0095
59133000      +FIRST NATIONAL BANK OF MILACA,    PO BOX 7,    ISLE, MN 56342-0007
59133006      +WELLS FARGO BANK,    C/O STEWART, ZLIMEN & JUNGERS,    2277 HWY 36 WEST, STE 100,
                ROSEVILLE, MN 55113-3896
59133007       WELLS FARGO BANK,    PO BOX 54180,    SIOUX FALLS, SD 57117
59133008      +WELLS FARGO HOME MORTGAGE,    C/O REITER & SCHILLER PA,    25 NORTH DALE STREET,
                ST. PAUL, MN 55102-2227
59266150       WORLD’S FOREMOST BANK,    CABELA’S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +EDI: MINNDEPREV.COM Feb 26 2016 22:08:00      Minnesota Department of Revenue,
                Bankruptcy Section,    PO Box 64447,    St Paul, MN 55164-0447
smg           +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Feb 26 2016 22:12:49      US Trustee,
                1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
cr            +EDI: PRA.COM Feb 26 2016 22:08:00      PRA Receivables Management, LLC.,    POB 41067,
                Norfolk, VA 23541-1067
59986343      +EDI: BASSASSOC.COM Feb 26 2016 22:08:00      Capital One, N.A.,    Bass & Associates, P.C.,
                3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
59359392      +EDI: BASSASSOC.COM Feb 26 2016 22:08:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
                3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
59133001       EDI: HFC.COM Feb 26 2016 22:08:00      HSBC RETAIL SVCS,    HERBERGERS CREDIT CARD,    PO BOX 5244,
                CAROL STREAM, IL 60197-5244
59133002       EDI: CBSKOHLS.COM Feb 26 2016 22:08:00      KOHL’S PAYMENT CTR,    PO BOX 2983,
                MILWAUKEE, WI 53201-2983
59398606       EDI: PRA.COM Feb 26 2016 22:08:00      Portfolio Recovery Associates, LLC,    P O Box 41067,
                Norfolk, VA 23541
59133003       E-mail/Text: bhook@signatureperformance.com Feb 26 2016 22:13:25      TIBURON FINANCIAL LLC,
                CABELA’S,    PO BOX 770,    BOYSTOWN, NE 68010-0770
59133004       E-mail/Text: bhook@signatureperformance.com Feb 26 2016 22:13:25      TIBURON FINANCIAL, LLC,
                WELLS FARGO BANK CREDIT CARD,    PO BOX 770,    BOYSTOWN, NE 68010-0770
59133005       EDI: USBANKARS.COM Feb 26 2016 22:08:00      US BANK,    RECOVERY DEPT,    ATTN: CAROLYN CARTER,
                PO BOX 790084,    ST. LOUIS, MO 63179-9855
59183325       EDI: USBANKARS.COM Feb 26 2016 22:08:00      US Bank N.A.,    PO Box 5229,    Cincinnati, OH 45201
59142246       EDI: WFFC.COM Feb 26 2016 22:08:00      Wells Fargo Bank NA,    PO Box 10438,
                Des Moines, IA 50306-0438
59183266       EDI: WFFC.COM Feb 26 2016 22:08:00      Wells Fargo Bank, N.A.,    Home Equity Group,
                X2303-01A - 1 Home Campus,    Des Moines, IA 50328-0001
59138618      +EDI: WFFC.COM Feb 26 2016 22:08:00      Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,
                Recovery Department,    P.O. Box 9210,    Des Moines, IA 50306-9210
60287980      +EDI: BASSASSOC.COM Feb 26 2016 22:08:00      eCAST Settlement Corporation,
                c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                                TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                Tucson, AZ 85712-1083
cr*          ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC.,     POB 41067,
                Norfolk, VA 23541)
cr*           +Wells Fargo Bank,    America’s Servicing Co,    c/o Reiter & Schiller,    25 Dale St N,
                St Paul, MN 55102-2227
cr*           +eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,
                TUCSON, AZ 85712-1083
61238603*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC.,     PO Box 41067,
                Norfolk, VA 23541)
                                                                                   TOTALS: 0, * 5, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0864-3          User: kim                   Page 2 of 2                  Date Rcvd: Feb 26, 2016
                              Form ID: 13dsc              Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2016                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2016 at the address(es) listed below:
              Brian F. Kidwell    on behalf of Interested Party    Wells Fargo Bank brian@kidwell-law.com
              Brian F. Kidwell    on behalf of Creditor    Wells Fargo Bank brian@kidwell-law.com
              Eric J Sherburne    on behalf of Creditor    The First National Bank of Milaca
               esherburne@steinmoore.com, notices@steinmoore.com
              Ian  Ball    on behalf of Debtor 2 GERRI A NELSON ianball2008@gmail.com
              Ian  Ball    on behalf of Debtor 1 JEFFREY S NELSON ianball2008@gmail.com
              Kyle Carlson    info@carlsonch13mn.com, barnesvillemn13@ecf.epiqsystems.com
              Patti H Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              US Trustee    ustpregion12.mn.ecf@usdoj.gov
                                                                                          TOTAL: 8
```